# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00600-CV

**John W. Dollins, Appellant**

**v.**

**James G. Dollins, III, Individually, Appellee**

---

### FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
### NO. 21-04-7268, THE HONORABLE MIKE SMITH, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant John W. Dollins has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: June 22, 2022